United States District Court
Eastern District of California

Yasin Mansour

Plaintiff(s)

V.

USCIS, et al

Defendant(s)

Case Number: 2:26-cv-02453

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Attorney Waleed Naser hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff

On 10/18/2022 (date), I was admitted to practice and presently in good standing in the Supreme Court of Illinois (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Hanna v. USCIS, et al; 2:26-cv-00943-AC,

Date of Application: 03/24/2026; Granted

Date: 07/22/2026

Signature of Applicant: /s/ Waleed Naser

**Pro Hac Vice Attorney**

Applicant's Name: Attorney Waleed Naser

Law Firm Name: Naser Legal, LLC

Address: 155 N. Wacker Dr.

Suite 4250

City: Chicago State: IL Zip: 60606

Phone Number w/Area Code: (872) 265-8490

City and State of Residence: Chicago, IL

Primary E-mail Address: waleed@naserlegal.com

Secondary E-mail Address: info@naserlegal.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Yuandi Li

Law Firm Name: LYD LAW

Address: 97 E Brokaw Rd

Suite 320

City: San Jose State: CA Zip: 95112

Phone Number w/Area Code: (650) 898-9347 Bar # CA298390

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 28, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE