ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASIN MANSOUR,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES et al.<br><br>Defendants. | CASE NO. 2:26-CV-02453-AC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME |

Defendants respectfully a fourteen-day extension of the deadline to file an opposition to the pending Preliminary Injunction and Plaintiff stipulates to this request.

Plaintiff filed his Complaint in this action on July 14, 2026 (ECF 1). The Complaint alleges unlawful delay in adjudication of his H-1B Petion and Extension Petition, as well as his Forms I-485, I-765, and I-31. Plaintiff filed the subject Motion for Preliminary Injunction on August 13, 2026 (ECF 7), making Defendants' response due August 27, 2026.

Defendant USCIS is presently working on adjudication of Plaintiff's Fore I-129, Petition for Nonimmigrant Worker, adjudication of which is the requested relief in the pending Motion for Preliminary Injunction and anticipates adjudication shortly. Given this status, the parties jointly stipulate to extend the deadline for Defendants to respond to the pending Motion for Preliminary Injunction for a brief period of approximately fourteen days, to and including September 10, 2026.

//

The parties further request that all other associated dates, including any status or scheduling conferences and/or filing deadlines, be similarly extended.

Based on the foregoing, the new deadline for Defendants to file an Opposition or other responsive pleading to the pending Motion for Preliminary Injunction is September 10, 2026. Any and all other pending deadlines or filings shell be extended for a similar period of time.

DATED: August 27, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: */s/ Catherine J. Swann*
CATHERINE J. SWANN
Assistant United States Attorney
Counsel for the United States

By: */s/ Waleed Naser (as authorized on August 27, 2026)*
WALEED NASER
Counsel for Plaintiff

[~~PROPOSED~~] ORDER

Based on the foregoing stipulation, it is hereby ORDERED that:

1. Defendants shall have through and including September 10, 2026, to file their opposition or alternate response to Plaintiff's Motion for Preliminary Injunction.
2. All other deadlines shall be extended for a similar period of time.

DATED: August 28, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE