**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Yasin Mansour**<br>Plaintiff,<br>v.<br>**U.S. Citizenship and Immigration Services,** *et al.,*<br>Defendants. | Civil Action No. 2:26-cv-02453-AC<br><br>***[~~PROPOSED~~] ORDER*** |

**[~~PROPOSED~~] ORDER**

Based on the foregoing stipulation of the parties, and good cause appearing, it is hereby ORDERED that:

1. Plaintiff's Motion for Preliminary Injunction (ECF 7) is WITHDRAWN.
2. Defendants shall have through and including November 2, 2026 to file an Answer or otherwise plead to the remaining allegations in the Complaint.
3. All hearings related to the Plaintiff's Motion for Preliminary Injunction (ECF 7) are taken off calendar.

**IT IS SO ORDERED.**

Date: September 3, 2026

Allison Claire

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE